UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ALLSTATE INSURANCE COMPANY

VS C. A. NO: 01-442 T

MICHAEL FORTI, et als

ENTRY OF APPEARANCE

I hereby re-enter my appearance as trial counsel for the defendant Michael Forti.

JAMES A. CURRIER #953
128 Dorrance Street
Suite 400
Providence, RI 02903
(401 274-3113 Fax (401) 274-3115

CERTIFICATION

I hereby certify that I faxed a true copy of the within to Robert J. Cosentino, Esq. (421-5590); John C. Manni, Esq. (942-8322); Paul S. Callaghan, Esq. (273-8780) on the 13th day of October, 2005.