UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ALLSTATE INSURANCE COMPANY | : | |
| | : | |
| V. | : | C.A. No. 01-442 T |
| | : | |
| MICHAEL FORTI, MALISSA FORTI, | : | |
| ROBERT FORTI and EDWARD IMONDI | : | |

**NOTICE OF DEPOSITION**

Kindly take notice that at **12:00pm** on **JANUARY 24, 2006,** at the offices of the Stingray Shop, 8 Woodfin Terrace, Marblebead, Massachusetts 01945, the attorneys for Plaintiff will take the deposition of **ROBERT DEPIPPO**, for the purpose of discovery, or for use as evidence or both, before a Notary Public in and for the Commonwealth of Massachusetts, or before some other officer authorized to administer oaths.

Plaintiff Allstate Insurance Company
By its Attorneys,

HIGGINS, CAVANAGH & COONEY, LLC

Paul S. Callaghan #4931
123 Dyer Street
Providence, RI 02903
(401) 272-3500
Fax (401) 273-8780

**CERTIFICATION**

I hereby certify that a true copy of the above document was mailed by first-class mail, postage prepaid, to John C. Manni, Esq. and Michael DiChiro, Jr., Esq., 1405 Plainfield Street, Johnston, RI 02919, Robert J. Cosentino, Esq., 950 Smith Street, Providence, RI 02908; and hand delivered to James A. Currier, Esq.,128 Dorrance Street, Suite 400, Providence, RI 02903, on this 18th day of January, 2005.