AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

## *District of Rhode Island*

### EXHIBIT AND WITNESS LIST

Allstate Insurance Company V. Michael Fort, et al.

CASE NUMBER: CA01-442T

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Ernest C. Torres | Paul Callaghan | James Currier, John Manni, Robert Cosentino |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 3/29/06 | Karen Zinni | Lucia Cristina Leyva |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | 3/29/06 | | | W-1 Shelly Worster |
| 1 | | 3/29/06 | X | FULL | 2/7/01 Cert. Copy of Auto Insurance Policy #R38431361-7 |
| 7 | | 3/29/06 | X | FULL | 3/2/98 Connecticut Uniform Police Accident Report |
| 2A | | 3/29/06 | X | FULL | 12/24/97 Photo taken by Robert Depippo that depicts damage to the defendant's 1988 Oldsmobile |
| 2B | | 3/29/06 | X | FULL | 12/24/97 Photo taken by Robert Depippo that depicts damage to the defendant's 1988 Oldsmobile |
| 3 | | 3/29/06 | X | FULL | 1/2/98 "Estimate of Record" prepared by R. Depippo for Hallmark Adjustment Co., Inc. |
| 4A | | 3/29/06 | X | FULL | 3/20/98 Photo taken by Mick Prew that depicts damage to the defendant's 1988 Oldmobile |
| 4B | | 3/29/06 | X | FULL | 3/20/98 Photo taken by Mick Prew that depicts damage to the defendant's 1988 Oldmobile |
| 4C | | 3/29/06 | X | FULL | 3/20/98 Photo taken by Mick Prew that depicts damage to the defendant's 1988 Oldmobile |
| 4D | | 3/29/06 | X | FULL | 3/20/98 Photo taken by Mick Prew that depicts damage to the defendant's 1988 Oldmobile |
| 4E | | 3/29/06 | X | FULL | 3/20/98 Photo taken by Mick Prew that depicts damage to the defendant's 1988 Oldmobile |
| 4F | | 3/29/06 | X | FULL | 3/20/98 Photo taken by Mick Prew that depicts damage to the defendant's 1988 Oldmobile |
| 5 | | 3/29/06 | X | FULL | 3/20/98 Appraisal and "Total Loss Report" prepared by Mick Prew for Aquidneck Claims |
| | | 3/29/06 | X | FULL | W-2 Jeffrey Muttart |
| 19 | | 3/29/06 | X | FULL | Curriculum Vitae of Jeffrey Muttart |
| 6 | | | X | | 5/21/01 Report of Jeffrey Muttart |
| 6A | | 3/29/06 | X | FULL | Diagram of Accident Reconstruction from Report of Jeffrey Muttart |
| 8 | | 3/29/06 | | FULL | 11/11/99 Cert. Copy of the Complaint in the matter of Malissa Forti, et al v. Michael Forti, Case # PC99-5843 |
| 9 | | 3/29/06 | | FULL | 7/12/00 Cert. Copy of Edward Imondi's Answers to Interrogatories in the matter of Malissa Forti, et al v. Michael Forti, Case # PC99-5843 |
| 10 | | 3/29/06 | | FULL | 7/13/00 Cert. Copy of Robert Forti's Answers to Interrogatories in the matter of Malissa Forti, et al v. Michael Forti, Case # PC99-5843 |
| 11 | | 3/29/06 | | FULL | 7/11/00 Cert. Copy of Malissa Lee Forti's Answers to Interrogatories in the matter of Malissa Forti, et al v. Michael Forti, Case # PC99-5843 |
| 12 | | 3/29/06 | | FULL | 12/03/05 Cert. Copy of docket sheet of US District Court for the Dist. of RI # CR98-103T |

include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST - CONTINUATION

Allstate Insurance Company V. Michael Fort, et al.

CASE NUMBER: CA01-442T

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 13 | | 3/29/06 | | FULL | 7/22/96 Cert. Copy of disposition regarding Providence County Superior Court criminal matter #P2-95-3187A |
| 14 | | 3/29/06 | | FULL | 3/13/98 and 3/20/98 Cert. Copy of disposition regarding Providence County Superior Court criminal matter #P2-96-0320A |
| 15 | | 3/29/06 | | FULL | 3/13/98 Cert. Copy of disposition regarding Providence County Superior Court criminal matter #P2-98-1080A |
| 16 | | 3/29/06 | | FULL | 3/13/98 Cert. Copy of disposition regarding Providence County Superior Court criminal matter #P2-98-1081A |
| 17 | | 3/29/06 | | FULL | 9/13/99 Cert. Copy of disposition regarding Providence County Superior Court criminal matter #P2-99-2840A |
| 18 | | 3/29/06 | | FULL | 9/13/99 Cert. Copy of disposition regarding Providence County Superior Court criminal matter #P2-99-2841A |
| 20 | | 3/29/06 | | FULL | Defendant Michael Forti's answers to interrogatories |
| 21 | | 3/29/06 | | FULL | Defendant Robert Forti's answers to interrogatories |
| 22 | | 3/29/06 | | FULL | Defendant Malissa Forti's answers to interrogatories |
| 23 | | 3/29/06 | | FULL | Defendant Edward Imondi's answers to interrogatories |
| 24 | | 3/29/06 | | FULL | Transcript of Examination under oath of Malissa Lee Forti taken 8/19/98 |
| 25 | | 3/29/06 | | FULL | Transcript of Examination under oath of Robert Forti taken 6/19/99 |
| 26 | | 3/29/09 | | FULL | Transcript of Sworn Statement of Edward Imondi taken on 10/23/98 |
| | EE | 3/29/06 | | FULL | Certificate of Title 1988 Oldsmobile Regency Sedan |
| | A | 3/29/06 | | FULL | Copy of 4/29/04 N.Stonington Ambulance - Keeper of Records Affidavit for Malissa Forti in the matter of Malissa Forti, et al v. Michael Forti, Case #PC99-5843 |
| | B | 3/29/06 | | FULL | Copy of 4/14/04 Westerly Hospital - Medical Records Affidavit for Malissa Forti in the matter of Malissa Forti, et al v. Michael Forti, Case #PC99-5843 |
| | C | 3/29/06 | | FULL | Copy of 4/19/04 Westerly Hospital - Patient Billing Affidavit for Malissa Forti in the matter of Malissa Forti, et al v. Michael Forti, Case #PC99-5843 |
| | D | 3/29/06 | | FULL | Copy of 4/19/04 Westerly Radiology - Keeper of Records Affidavit for Malissa Forti in the matter of Malissa Forti, et al v. Michael Forti, Case #PC99-5843 |
| | E | 3/29/06 | | FULL | Copy of 4/14/04 Joseph A. Izzi, MD - Affidavit for Malissa Forti in the matter of Malissa Forti, et al v. Michael Forti, Case #PC99-5843 |
| | F | 3/29/06 | | FULL | Copy of 4/19/04 Michael Czerkowicz, R.P.T. - Affidavit for Malissa Forti in the matter of Malissa Forti, et al v. Michael Forti, Case #PC99-5843 |
| | G | 3/29/06 | | FULL | Copy of 4/29/04 N.Stonington Ambulance - Keeper of Records Affidavit for Robert Forti in the matter of Malissa Forti, et al v. Michael Forti, Case #PC99-5843 |
| | H | 3/2906 | | FULL | Copy of 4/14/04 Westerly Hospital - Medical RecordsAffidavit for Robert Forti in the matter of Malissa Forti, et al v. Michael Forti, Case #PC99-5843 |
| | I | 3/29/06 | | FULL | Copy of 4/19/04 Westerly Hospital - Patient Billing Affidavit for Robert Forti in the matter of Malissa Forti, et al v. Michael Forti, Case #PC99-5843 |
| | J | 3/29/06 | | FULL | Copy of 4/19/04 Westerly Radiology - Keeper of Records Affidavit for Robert Forti in the matter of Malissa Forti, et al v. Michael Forti, Case #PC99-5843 |
| | K | 3/29/06 | | FULL | Copy of 4/21/04 Peter Pizzarello, M.D. Affidavit for Robert Forti in the matter of Malissa Forti, et al v. Michael Forti, Case #PC99-5843 |
| | L | 3/29/06 | | FULL | Copy of 4/14/04 Edward T. Gallucci, D.C. - Affidavit for Robert Forti in the matter of Malissa Forti, et al v. Michael Forti, Case #PC99-5843 |
| | M | 3/29/06 | | FULL | Copy of 4/15/04 Michele R. Lancellotti, D.C. - Affidavit for Robert Forti in the matter of Malissa Forti, et al v. Michael Forti, Case #PC99-5843 |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST - CONTINUATION

Allstate Insurance Company V. Michael Fort, et al.

CASE NUMBER: CA01-442T

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | N | 3/29/06 | | FULL | Copy of 4/19/04 Anthony Barone, M.D. - Affidavit for Robert Forti in the matter of Malissa Forti, et al v. Michael Forti, Case #PC99-5843 |
| | O | 3/29/06 | | FULL | Copy of 4/19/04 Kent County Hospital - Medical Records Affidavit for Robert Forti in the matter of Malissa Forti, et al v. Michael Forti, Case #PC99-5843 |
| | P | 3/29/06 | | FULL | Copy of 4/28/04 Kent County Hospital - Patient Billing Affidavit for Robert Forti in the matter of Malissa Forti, et al v. Michael Forti, Case #PC99-5843 |
| | Q | 3/29/06 | | FULL | Copy of 4/29/04 N. Stonington Ambulance- Keeper of Records Affidavit for Edward Imondi in the matter of Malissa Forti, et al v. Michael Forti, Case #PC99-5843 |
| | R | 3/29/06 | | FULL | Copy of 4/16/04 Westerly Hospital - Medical Records Affidavit for Edward Imondi in the matter of Malissa Forti, et al v. Michael Forti, Case #PC99-5843 |
| | S | 3/29/06 | | FULL | Copy of 4/15/04 Westerly Hospital - Patient Billing Affidavit for Edward Imondi in the matter of Malissa Forti, et al v. Michael Forti, Case #PC99-5843 |
| | T | 3/29/06 | | FULL | Copy of 4/19/04 Westerly Radiology - Keeper of Record Affidavit for Edward Imondi in the matter of Malissa Forti, et al v. Michael Forti, Case #PC99-5843 |
| | U | 3/29/06 | | FULL | Copy of 4/15/04 Joseph A. Izzi, MD - Affidavit for Edward Imondi in the matter of Malissa Forti, et al v. Michael Forti, Case #PC99-5843 |
| | V | 3/29/06 | | FULL | Copy of 4/20/04 Michael Czerkowicz, R.P.T. - Affidavit for Edward Imondi in the matter of Malissa Forti, et al v. Michael Forti, Case #PC99-5843 |
| | W | 3/29/06 | | FULL | Copy of 6/2/04 Michael S Olin, M.D. - Affidavit for Edward Imondi in the matter of Malissa Forti, et al v. Michael Forti, Case #PC99-5843 |
| | X | 3/29/06 | | FULL | Copy of 5/6/04 Stephanie Hopkinson, R.P.T. - Affidavit for Edward Imondi in the matter of Malissa Forti, et al v. Michael Forti, Case #PC99-5843 |
| | | 3/29/06 | | | W-3 Michael Forti |
| | | 3/29/06 | | | W-4 Edward Imondi |
| | | 3/29/06 | | | W-5 Malissa Forti |
| | | 3/29/06 | | | W-6 Robert Forti |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |