**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND**

ALLSTATE INSURANCE COMPANY

      v.                                      C.A. No. 01-442T

MICHAEL FORTI, MALISSA FORTI,
ROBERT FORTI and EDWARD IMONDI

**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS'
MOTION FOR JUDGMENT AS A MATTER OF LAW**

For reasons stated in open court on March 29, 2006, the defendants' motion for judgment as a matter of law is hereby granted as to Count I of the complaint and denied as to Count II. Count III of the complaint is voluntarily dismissed.

                                                      By Order:

                                                    _/s/_____
                                                    Deputy Clerk

ENTER:

_/s/ Ernest C. Torres_____
Chief Judge Ernest C. Torres
date: 4/18/06