**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

ALLSTATE INSURANCE COMPANY

v. C.A. No. 01-442T

MICHAEL FORTI, MALISSA FORTI,
ROBERT FORTI and EDWARD IMONDI

**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION FOR JUDGMENT AS A MATTER OF LAW**

For reasons stated in open court on March 29, 2006, the defendants' motion for judgment as a matter of law is hereby granted as to Count I of the complaint and denied as to Count II. Count III of the complaint is voluntarily dismissed.

By Order:

Deputy Clerk

ENTER:

Chief Judge Ernest C. Torres
date: 4/18/06