**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

ALLSTATE INSURANCE COMPANY,
Plaintiff

vs. C.A. No. 01-442T

MICHAEL FORTI, MALISSA FORTI,
ROBERT FORTI and EDWARD IMONDI,
Defendants

# JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

Pursuant to a decision by the Court after a Bench Trial on March 29, 2006, and an Order dated April 18, 2006 entered by the Court, declaratory judgment hereby enters for Plaintiff Allstate Insurance Company on Count II of the Complaint, declaring that there is no coverage under the policy. Further, judgment as a matter of law enters for the Defendants Michael Forti, Malissa Forti, Robert Forti and Edward Imondi as to Count I of the Complaint.

Enter:

Deputy Clerk

Dated: April 20th, 2006